UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
AUG 26 2020
PRO SE OFFICE

__YUONNE FROST__
Write the full name of each plaintiff.

__20-cv-6997__
(Include case number if one has been assigned)

Court of Appeals    -against-   CUR Associates Inc
J+H Produce                     25199
NYC MTA                         US Government
NYPD                            M&M Sanitation
NYC Anti Social Club            Royal Waste Ser Inc
City of New York (HRA)          Waste Connections

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

COMPLAINT

Do you want a jury trial?
☐ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

①  RETALIATION
②  ABUSE OF POWER
③  BIAS AND TARGETTING
④  DISCRIMINATION

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__YVONNE_____  _____  __FROST_____
First Name                    Middle Initial    Last Name

__40   ANN   STREET_____
Street Address

__NEW YORK_____  __NY_____  __10038_____
County, City            State             Zip Code

__NONE_____  __yvonne.frost1@aol.com_____
Telephone Number   Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: __Court    of    Appeals__
First Name                Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
_____NY_____
County, City            State            Zip Code

Defendant 2: _____NYPD_____
First Name                Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
New York            NY            10007
County, City            State            Zip Code

Defendant 3: __J & H Produce__
First Name                Last Name

Current Job Title (or other identifying information)
Columbus Ave

Current Work Address (or other address where defendant may be served)
_____NY_____
County, City            State            Zip Code

Defendants 5: NYC Anti Social Club
Defendant 6: New York City CHRA
Defendant 7: CUR Associates Inc
Defendant 8: 25/99
Defendant 9: NS Government
Defendant 10: M+M Services
Defendant 11: Royal Waste Services
Defendant 12: Waste Connections

Defendant 4: __NYC       MTA__
               First Name            Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)
__Brooklyn_____   __NY_____   _____
   County, City                   State         Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: __New York City, NY, Brooklyn__

Date(s) of occurrence: __From 08/19/20 - Present 08/21/20.__

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

    All of my children's gifts were packaged together in one file and sold off by Sellers of Stones. Before-hand all of us were given money for the sellers of Stones to retrieve the children's gifts. The difference was: the sellers of Stones knew what the money was to be used for and the others did not.

    Not only did the sellers of Stones did the retrieval damages by the children but also did damaging act on the children's father and me. Is common sense no parent in his or her right mind would accept $20 to harm their children knowingly. I received money but it was never told to me the exact "meaning" for the

giving.

Once I wrote about a $20 I received in my order. I thought the Court of Appeals had sent someone to give it to me because I had asked for lunch money as a relief from Court of Appeals.

Via vision someone told me "Stop telling me about your children - deal with the uncomfortableness."

All of the children gifts and abilities were altered in several different ways. One child was given all the gifts by Jesus. Those gifts/abilities were

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

uncomfortability -
Decrease in vision, memory, hearing. Decline health and hygiene. Blurry eyes, temple pain, neck pain, chest pain. Blocked paths to housing + food. Oppression. Stalked, monitored. Traumatized. Overwhelm. Exposure to the elements. Swollen ankles. Rewarn dirty clothes - harrassed. Psychological distress, mental stress.

### IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I would like to ask the court to ask the court to bring in the FBI to investigate & arrest.

I would like to ask the court to order the defendants restore all what was swindled and to compensate me for creating hardships, stressors,

cut in half.

I looked as I saw a child's pair of shoes being placed on the wrong sides continuously for the child to put on. The person when the child finally put on her shoes left to right. I heard someone said "they were there before let's see how you handle the same problems".

Another said "It's you I am waiting on Yvonne." This child was altered to back-talk. Another child was made to be cold and with insomnia. I saw one stuttering and another made to be as a sour-lemon.

"Turn to the dark-side." "Drop the stone you are carrying" I heard.

The person went on "if It is making you sick." Things like that did not shock me because the children are all in the environment manufacturing them. One child was made to be autistic-lagging behind.

The children's father was altered to run out and abandon them. Someone said "close the door."

I heard him said "I am moving on before it got worse".

A whole pack of foolishness and wasted time. Time spent on the wrong things. Foolishness and foolishness. If is not one thing is something else. The defendants are very, very toxic. I am holding them accountable of theft. I am holding them accountable for present and future psychological and physical alteration - possibly permanent damage.

This is an emergency I would like to ask the court to remove all my children from care-givers and placed them into my hands and house. I would like to ask the court to order all

FACT (3)

responsible to replace all the children's gifts/abilities back to them.

I have filed previous orders with the court against court of appeals and others. I believe court of appeals is wasting time to give me my children by allowing others to proceed with wicked and harmful acts. I am holding court of appeals accountable of retaliations and putting profit before people/children.

I am faced with hostility all over. It got worse. A couple days ago I got up with my head hurting. The night before all dreams were erased. Last night I had to cover my head with cardboard again to shield it from neurological blows. Those people behind the objects are like hound-dogs.

Just about everyone pursuing me to financially wipe me out are not taking into consideration my present pregnant condition. In addition to all that is written there a defendant had set out to poison and or put me to sleep permanently.

Yesterday a young man asked me "if I wanted something to eat and drink."

I looked as he showed me a pack of nuts, a bottle of twister and home-made sandwich. NO, I want nothing. No nuts to drive me nuts, no poison sandwich or nothing to have/get me twisted up.

My condition remains the same. Urine/bladder problem - holding urine in for a long time. I am holding the defendants accountable for future urinary tract infections. I am holding the defendants accountable for attempted murder of babies and myself.

I cannot breathe when they pursue me. 11:45 last night I told them "Go to bed."

FACT (4)

It is hard on me. My feet is not getting any better being made/driven to constantly "cycle." I did not sign up for a "hot pursuit."
These people around me are hostile and like crazy donkies.

I had a quick change of mind last night. I left the barough Hall location "Game Stop" nook last night for another nook in another far away zip code. Please put my money back. Also J and H Produce; vehicle # ?? 25199 put my money back.

The driver of the truck about think he is slick. I van out when he was not looking. 4:38am Gus morning. He was waiting for me at Broadway and 71st street for money/zip. This driver and JH are buddies in crime. They both did the same act two weeks ago. My nook was located at 230 Columbus (Theory).

It got to money the quarrell was about that came from inside car J7X9801 as it parked in front my nook (4:20am). Too much time spent on the wrong things. The garbage trucks (same-thing).

At 72nd street subway (5:00am) the MTA and NYPD were at it again yesterday. As I shift from side to side "Suttle" blows kept coming. I was at Soul-cycle day before night. Check out the activities around me. Check out the bicyclist, including the Grub Hubs guys.

A trait of HRA rushing to diagnose and put labels on children/people to stain them for life. I have been there. Please remove all labels from my children.

FACT (5)

A couple people (randomly) passed by and stole. Yesterday morning was worse than this morning. They walked and rode. They even came by groups. Waste Connection (garbage) came by 2:05am. They eyed and came after the trolley bag. M+M came by 11:47. The defendants are taking advantage of the "noobs". I barely sleep over 2 hours there. I ran from Game Stop last night. I want my money back. I ran from IHOP the night before.

RELIEF (2)

suffering and pain.

I would like the court to once again order the anti-social club members and others to stay away from me — Place an "alert" message on their website.

I would like to ask the court to hand over my two houses keys to my Bishop. It is an emergency and important to get the kids and myself stability now. I love all my children.

I would like to ask the court to remove the medical or/AND other labels given to my children.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

06/21/20
Dated

Yvonne Frost
Plaintiff's Signature

Yvonne / / Frost
First Name / Middle Initial / Last Name

40 Ann Street
Street Address

New York / NY / 10038
County, City / State / Zip Code

None
Telephone Number

Yvonne.Frost1@aol.com
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Yvonne Frost
40 Ann Street
New York NY 10038

RECEIVED
AUG 26 AM 9:16
CLERK'S OFFICE
S.D.N.Y.

SDNY

United States SD Court
Court of Appeals
40 Centre Street
New York NY 10007

RECEIVED
AUG 26 2020
PRO SE OFFICE

USMS
SDNY

Pro Se Intake